UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80159-Cr-Rosenberg

UNITED STATES OF AMERICA,

v.

STEVEN ROBINSON PINKNEY,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, STEVEN ROBINSON PINKNEY, appeared before the Court on March 25, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of being a Convicted Felon in Possession of a Firearm and one or more of rounds of ammunition, in violation of Title 18 U.S.C. § 922(g)(1) and (24)(e). Following this conviction, he was sentenced to one hundred eighty months (180) months in prison and five (5) years of supervised release.

The Defendant began his term of supervised release on August 7, 2020. He presently stands charged with violating his supervised release by: (1) failing to refrain from violation of law; (2) failing to refrain from violation of law; (3) unlawfully possessing or using a controlled substance and (4) failing to refrain from violation of law.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations 1-4, through counsel, stated his wish to proceed to sentencing as soon as possible. The United States Attorney will recommend the low end of the sentencing guidelines of 21 months.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1-4. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 28th day of March 2022.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE